AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| YOSDALIS E. GARCIA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22cv21317 |
| AAM Insurance Corp, Alberto Dominguez Menendez, and Alain Dominguez Menendez | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AAM Insurance Corp through its Registered Agent:

DOMINGUEZ MENENDEZ, ALBERTO
9880 SW 40TH ST
MIAMI, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __ Apr 28, 2022 ___



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| YOSDALIS E. GARCIA <br><br> *Plaintiff(s)* <br> v. <br> AAM Insurance Corp, Alberto Dominguez Menendez, and Alain Dominguez Menendez <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22cv21317 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Alain Dominguez Menendez

        9880 SW 40TH ST
        MIAMI, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Zandro E. Palma, P.A.
        9100 S. Dadeland Blvd.
        Suite 1500
        Miami, FL 33156
        Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 28, 2022

Angela E. Noble
Clerk of Court

*s/ Mary Etienne*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| YOSDALIS E. GARCIA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   22cv21317 |
| AAM Insurance Corp, Alberto Dominguez Menendez, and Alain Dominguez Menendez | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Alberto Dominguez Menendez

        9880 SW 40TH ST
        MIAMI, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
        9100 S. Dadeland Blvd.
        Suite 1500
        Miami, FL 33156
        Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: __ Apr 28, 2022 ____

Angela E. Noble
Clerk of Court

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts