UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-21317-MORENO

YOSDALIS E. GARCIA,

    Plaintiff,
v.

AAM INSURANCE CORP D/B/A
UNIVISTA INSURANCE,
ALBERTO DOMINGUEZ MENENDEZ, AND
ALAIN DOMINGUEZ MENENDEZ,

    Defendants.
_____/

## NOTICE OF FILING WAIVERS OF SERVICE

Defendants, AAM Insurance Corp d/b/a UniVista Insurance, Alberto Dominguez Menendez, and Alain Dominguez Menendez, notify the Court and all parties of the filing of the Waivers of Service by Defendants, AAM Insurance Corp d/b/a UniVista Insurance, Alberto Dominguez Menendez, and Alain Dominguez Menendez.

Dated this 4th day of May 2022.

                        s/Brian H. Pollock, Esq.
                        Brian H. Pollock, Esq.
                        Fla. Bar No. 174742
                        brian@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:   305.230.4884
                        *Counsel for Defendants*